■ VIOLA W. ZOLNOWSKI, Respondent, v. NORMA WRZOS et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ JOHN J. CHRISTIE, Appellant, v. DAVID P. MITCHELL et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before October 6, 1959.

■ VIRGINIA GEBHARD, as Administratrix of the Estate of EUGENE G. GEBHARD, Deceased, Respondent, v. OTTO WALTHERS et al., Constituting Fire District No. 5 of the Town of West Seneca, Appellants.— Appeal dismissed unless printed records and appellants' briefs are filed and served on or before September 17, 1959.

■ RAYMOND J. SCHMIDT et al., Doing Business as SCHMIDT BROS. TILE Co., Respondents, v. CHARLES J. DUGGAN et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before October 15, 1959.

■ EARL C. SYLVANDER et al., Appellants, v. LOUIS J. TABER et al., Respondents.— Motion granted and order of substitution of party entered.

■ ANASTASIA LANARIS, Plaintiff, v. MUTUAL BENEFIT LIFE INS. CO., Respondent and GERALDINE H. ZAVISCA, Appellant. (Two Actions.) — Appeals dismissed unless printed records and briefs are filed and served on or before October 6, 1959.

■ FRANK DI MARIA, Plaintiff, v. GERALD L. PADDOCK, Defendant.— Motion granted and appeal dismissed, without costs, upon the ground that the order does not constitute an appealable order. Halpern, J., concurs on the ground that he is bound by the decision in Brown v. Golden (6 A D 2d 766).

■ TOWN OF LANCASTER, Appellant, v. STANLEY MALINOWSKI et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before September 23, 1959.

■ EDWARD J. FISCHER, Respondent, v. ALTADALE CORP., Appellant, et al., Defendants.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ CLIFFORD MINER, Appellant, v. GEORGE SHERMAN, Respondent.— Motion granted to appeal on original record, five typewritten copies of brief; otherwise motion denied.

■ LAVERNE TREAT, Appellant, v. GEORGE SHERMAN, Respondent.— Motion granted to appeal on original record, five typewritten copies of brief; otherwise motion denied.

■ F. RUSSELL CORRAO, Appellant, v. HOWARD SOBER, INC., Respondent. — Motion granted to appeal on original and five typewritten copies of record and brief; appeal dismissed unless typewritten records and briefs are filed and served on or before October 15, 1959.

■ ALBERT R. SANTUCCI, Appellant, v. TERRANCE BUTTERWORTH et al., Respondents.— Motion granted to appeal on original and five typewritten copies of record and brief and otherwise motion denied.

■ MARY FILSNO, Appellant, v. CITY OF ROCHESTER et al., Respondents. — Motion granted to appeal on original record, five typewritten copies of brief, on condition record is filed and served on or before October 15, 1959, and otherwise motion denied.

■ LESIA PIOTROWSKYJ, an Infant, Appellant, v. ANDREW MENCZAK et al., Respondents.— Motion to resettle order denied as unnecessary. The order heretofore granted authorizes the prosecution of the appeal upon one typewritten copy of the transcript and we interpret this as dispensing with the service of a copy upon the adversary.